UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 21 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

TAMMY MOSLEY-LOVING

V.                                      No.   3:18-CV-1145-X

AT&T SERVICES INC., ET AL

JURY NOTE NO. 1

We have reached a decision.

George W. Sneed
_____
Jury Foreperson

Time received:   4:58 pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED
       AUG 21 2020
CLERK, U.S. DISTRICT COURT
By_____
              Deputy
```

TAMMY MOSLEY-LOVING

V.                                     No.   3:18-CV-1145-X

AT&T SERVICES INC., ET AL

JURY NOTE NO. 1

We have reached a decision.

George W. Sneed
_____
Jury Foreperson

Time received:  4:58 pm