UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TAMMY MOSLEY-LOVINGS, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AT&T CORP.; AT&T INC. and SOUTHWESTERN BELL TELEPHONE L.P., a/k/a AT&T COMMUNICATIONS OF TEXAS, LLC, a/k/a AT&T SOUTHWEST, AT&T SERVICES, INC. and DIRECTTV LLC,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § §   Civil Action No. 3:18-CV-01145-X |

## JUDGMENT

This civil action was tried to a jury beginning on August 17, 2020. On August 21, 2020 the jury returned a verdict in favor of the defendant.

Accordingly, it is ordered and adjudged that this civil action is dismissed with prejudice.

Done at Dallas, Texas August 21, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1